# SUPREME COURT OF PENNSYLVANIA

147 A.3d 896

| US Bank Nat. Ass'n v. Sheppard [1] | 08/30/2016254 MAL (2016) | Denied | Pa.Super., 135 A.3d 664 |
|---|---|---|---|
| Boyer, In re [2] | 05/18/2010901 MAL (2009) | Denied | Pa.Cmwlth. 960 A.2d 179 |
| Carbajosa–Eronico v. Unemployment Compensation Board of Review [3] | 08/30/2016258 MAL (2016) | Denied | No. 1571 CD 2015 |
| Green v. Southeastern Pennsylvania Transp. Authority [4] | 08/03/201631 EAL (2016) | Denied | Pa.Cmwlth., 124 A.3d 426 |
| King v. Riverwatch Condominium Owner's Ass'n [5] | 06/02/2016126 MAL (2016) | Denied | No. 2288 CA 2015 |

1. Reconsideration denied October 13, 2016.
2. Reconsideration dismissed as untimely June 14, 2010.
3. Reconsideration denied October 11, 2016.
4. Reconsideration denied October 26, 2016.
5. Reconsideration denied July 1, 2016.